# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 7, 2013

Lyle W. Cayce
Clerk

No. 12-51052
Summary Calendar

EULOGIO VALENTIN TORRES-ORELLANA,

Petitioner–Appellant,

v.

UNITED STATES OF AMERICA; BUREAU OF PRISONS; WARDEN, REEVES COUNTY DETENTION CENTER III; GEO GROUP; DEPARTMENT OF HOMELAND SECURITY,

Respondents–Appellees.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:12-CV-75

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Eulogio Valentin Torres-Orellana, federal prisoner # 55895-112, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody, moves this court to proceed in forma pauperis (IFP) to appeal the denial of his 28 U.S.C. § 2241 petition

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. His arguments are foreclosed by this court's decision in *Gallegos-Hernandez v. United States*, 688 F.3d 190, 194-96 (5th Cir.), *cert. denied*, 133 S. Ct. 561 (2012).

Accordingly, Torres-Orellana's motion to proceed IFP is DENIED, and his appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.